IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**J.V. BRADY, INDIVIDUALLY and as**
**SPECIAL ADMINISTRATOR for the ESTATE**
**OF JANET LEE BRADY, DECEASED**                                                    **PLAINTIFFS**

v.                                              4:07CV00619-WRW

**HUGH RAINES, INDIVIDUALLY and the**
**ESTATE OF HUGH RAINES, DECEASED, et al.**                                **DEFENDANTS**

## ORDER

Pending is Defendant's Motion To Dismiss Claim Against Hugh Raines, Individually (Doc. No.11). Plaintiff has not responded and the time for doing so has passed. Defendant's Motion is GRANTED.

Plaintiff was killed in an airplane crash; Defendant Raines was the pilot of the plane.[1] Plaintiff is an Arkansas resident.[2] Defendant is a resident of Texas.[3] Plaintiff's Complaint named both Defendant's estate and Defendant individually.[4]

The capacity of an individual acting in a representative capacity to be sued is determined by the law of the state where the district court is held.[5] If an alleged wrong-doer dies before a

---

[1] Doc. No. 1.

[2] *Id.*

[3] *Id.*

[4] *Id.*

[5] Fed. R. Civ. P. 17.

plaintiff brings a wrongful death action, the deceased's personal representative -- not the deceased -- should be named as defendant in the action.[6]

The capacity of Defendant to be sued is determined by Arkansas law. Because Defendant Raines, as an individual, died before the action commenced, it is proper for his estate to be named as Defendant in this action rather than Raines individually.

Defendant's Motion To Dismiss Claim Against Hugh Raines, Individually, is GRANTED.

**IT IS SO ORDERED** this 27th day of September, 2007.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

---

[6] Ark. Code Ann. § 16-62-102.