IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

J. V. BRADY, ET AL.                                              PLAINTIFFS

vs.                      NO: 4:07CV00619 BSM

ESTATE OF HUGH RAINS,
DECEASED; ET AL.                                          DEFENDANTS

## ORDER

Auto-Owners Insurance Company ("Auto-Owners") has filed a motion to intervene in this action to protect its property damage claim. No one has objected to the request. The court finds that Auto-Owners should be allowed to intervene.

Defendant Cessna Aircraft Company ("Cessna") has filed a motion to compel Plaintiffs to provide complete responses to Interrogatory No. 13, Request for Production No. 3, Interrogatory No. 34 and Interrogatory No. 14. Plaintiffs have not responded to the motion to compel.

The court finds that the motion to compel should be granted. Plaintiffs are directed to provide the information requested within ten calendar days of the date of this Order.

Accordingly, the motion to intervene [Doc. No. 24] and the motion to compel [Doc. No. 22] are hereby granted.

IT IS SO ORDERED this 12th day of May, 2008.

_____
UNITED STATES DISTRICT JUDGE